No. 478. CHOD THOMAS, PLAINTIFF IN ERROR, *v.* THE
STATE OF KANSAS. In error to the Supreme Court of the

State of Kansas. Motions to dismiss or affirm submitted February 26, 1907. Decided March 4, 1907.. *Per Curiam.* Dismissed for the want of jurisdiction. *Eilenbecker* v. *District Court of Plymouth County,* 134 U. S. 31; *Mugler* v. *Kansas,* 123 U. S. 623; *Crowley* v. *Christensen,* 137 U. S. 86; *Giozza* v. *Tiernan,* 148 U. S. 662; *Otis* v. *Parker,* 187 U. S. 606, 608, 609; *Castillo* v. *McConnico,* 168 U. S. 674; *Smiley* v. *Kansas,* 196 U. S. 447. Case below, 86 Pac. Rep. 499. *Mr. Alfred M. Jackson* for plaintiff in error. *Mr. C. C. Coleman* for defendant in error: